IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        )<br>          Plaintiff,     )<br>        )<br>    vs.     )<br>        )<br>LYNELL E. NOBLE,   )<br>        )<br>          Defendant   ) | 8:24CR141<br><br>ORDER |

This matter is before the court on the defendant's Motion to Continue Trial [25]. Counsel needs additional time to resolve this matter short of trial. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [25] is granted as follows:

1. The jury trial, now set for January 14, 2025, is continued to **February 18, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 18, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **January 7, 2025.** The objecting party must comply with all requirements of NECrimR 59.2.

4. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED: December 31, 2024.**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge