IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>LYNELL E. NOBLE,<br><br>　　　　　　Defendant. | 8:24-CR-141<br><br>**FINAL ORDER OF FORFEITURE** |

　　　　This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. Filing 58. Having reviewed the record in this case, the Court finds as follows:

　　　　1.　　On March 28, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in the American Tactical .223 caliber AR Rifle and .223 caliber ammunition. Filing 38.

　　　　2.　　Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on April 2, 2025, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on June 13, 2025. Filing 57.

　　　　3.　　The United States advises the Court that no party has filed a petition in this matter regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

　　　　4.　　The Motion for Final Order of Forfeiture should be granted.

　　　　IT IS ORDERED:

　　　　1.　　The Plaintiff's Motion for Final Order of Forfeiture, Filing 58, is granted;

2.      All right, title and interest in and to the American Tactical .223 caliber AR Rifle and .223 caliber ammunition seized from the Defendant on or about September 6, 2022, held by any person or entity are forever barred and foreclosed;

3.      The American Tactical .223 caliber AR Rifle and .223 caliber ammunition is forfeited to the Government; and

4.      The Government is directed to dispose of that currency in accordance with the law.

Dated this 30th day of June, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge